The Honorable Robert H. Whaley

Steven C. Lacy
Lacy Kane, P.S.
300 Eastmont Avenue
East Wenatchee, WA 98802
Phone: (509) 884-9541
Fax:    (509) 884-4805
steve@lacykane.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| JENNIFER LANE,                     ) | |
|                            ) | NO. CV-11-309-RHW |
|          Plaintiff,  ) | |
|                            ) | DECLARATION OF STEVEN |
|   vs.  ) | C. LACY IN SUPPORT OF |
|                            ) | PLAINTIFF'S MOTION FOR |
|                            ) | SUMMARY JUDGMENT |
|                            ) | RE: KEY EMPLOYEE DEFENSE |
| GRANT COUNTY, a Washington ) | |
| municipal corporation,              ) | |
|                            ) | |
|         Defendant.  ) | |

Pursuant to RCW 9A.72.085, I, Steven C. Lacy, state and declare:

1.   I am the attorney of record for the plaintiff in the above-

DECLARATION OF STEVEN C. LACY
IN SUPPORT OF PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT
RE: KEY EMPLOYEE DEFENSE
c5:Lane-j.fmla\pleading\dosclisopmolpmfsj.kei          1


**LACY KANE, P.S.**
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805


1  captioned matter.  This declaration is based on my personal knowledge and I am
2  competent to testify about the matters asserted herein.
3
4      2.     Attached as Exhibit A are true and correct copies of excerpts
5  from the <u>Verbatim Report of Proceedings, Testimony of Jennifer Lane</u> taken
6  before the Honorable Lonny R. Suko, United States District Judge on July 11,
7  2011, in the case <u>Gutierrez v. Grant County</u>, U.S. District Court Cause No.  CV-
8  10-00048-LRS.
9      3.     Attached as Exhibit B are true and correct copies of excerpts
10 from the deposition transcript of Jennifer Lane taken on October 3, 2012.
11     4.     Attached as Exhibit C are true and correct copies of excerpts
12 from the deposition transcript of Jalane Christian-Stoker taken on August 23,
13 2012.
14     5.     Attached as Exhibit D are true and correct copies of excerpts
15 from the deposition transcript of Jalane Christian-Stoker taken on March 9, 2011,
16 from the case <u>Gutierrez v. Grant County</u>, U.S. District Court Cause No.  CV-10-
17 00048-LRS.

---

DECLARATION OF STEVEN C. LACY
IN SUPPORT OF PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT
RE: KEY EMPLOYEE DEFENSE
c5:Lane-j.fmla\pleading\dosclisopmolpmfsj.kei

2

**LACY KANE, P.S.**
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805



6.	Attached as Exhibit E is a true and correct copy of Exhibit 3 from the deposition transcript of Cindy C. Carter taken on August 22, 2012.

7.	Attached as Exhibit F are true and correct copies of excerpts from the deposition transcript of Tammie Hechler taken on August 22, 2012.

8.	Attached as Exhibit G are true and correct copies of excerpts from the deposition transcript of Carolann Swartz taken on August 23, 2012.

9.	Attached as Exhibit H are true and correct copies of excerpts from the deposition transcript of Richard B. Stevens taken on August 22, 2012.

10.	Attached as Exhibit I is a true and correct copy of a letter dated July 9, 2009 Tammie L. Hechler to Jennifer Lane re: FMLA Non-Reinstatement/Position Opening obtained by the plaintiff in course of discovery.

11.	Attached as Exhibit J is a true and correct copy of Position Opening which was an attachment to a letter dated July 9, 2009 Tammie L. Hechler to Jennifer Lane re: FMLA Non-Reinstatement/Position Opening obtained by the plaintiff in course of discovery.

12.	Attached as Exhibit K is a true and correct copy of a letter dated September 1, 2009 Tammie L. Hechler to Jennifer Lane re: Separation

DECLARATION OF STEVEN C. LACY
IN SUPPORT OF PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT
RE: KEY EMPLOYEE DEFENSE
c5:Lane-j.fmla\pleading\dosclisopmolpmfsj.kei                3

**LACY KANE, P.S.**
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805

Date/Position Opening obtained by the plaintiff in course of discovery.

I hereby declare under penalty of perjury, pursuant to the laws of the State of Washington, that the foregoing declaration is true and accurate in all respects.

DATED this 24th day of October, 2012.

/s Steven C. Lacy
STEVEN C. LACY, WSBA # 10814
Attorney for Plaintiff
Lacy Kane, P.S.
300 Eastmont Ave.
East Wenatchee, WA 98802
Telephone: (509) 884-9541
Fax: (509) 884-4805
Email:steve@lacykane.com

DECLARATION OF STEVEN C. LACY
IN SUPPORT OF PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT
RE: KEY EMPLOYEE DEFENSE
c5:Lane-j.fmla\pleading\dosclisopmolpmfsj.kei            4

**LACY KANE, P.S.**
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805

CERTIFICATE OF SERVICE

I hereby certify that on October 24th, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

JERRY J. MOBERG
PATRICK R. MOBERG
Attorneys for Defendant
451 Diamond Drive
Ephrata, WA 98823

LACY KANE, P.S.

BY s/ Steven C. Lacy
STEVEN C. LACY, WSBA # 10814
Attorney for Plaintiff
Lacy Kane, P.S.
300 Eastmont
East Wenatchee, WA 98802
Telephone: (509) 884-9541
Fax: (509) 884-4805
Email: steve@lacykane.com

DECLARATION OF STEVEN C. LACY
IN SUPPORT OF PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT
RE: KEY EMPLOYEE DEFENSE
c5:Lane-j.fmla\pleading\dosclisopmolpmfsj.kei          5

LACY KANE, P.S.
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805