# EXHIBIT I

109



Grant County
Human Resources Department
35 C St. NW
P.O. Box 37
Ephrata, WA 98823
509.754.2011 ext. 402
509.754.6588 - fax

July 9, 2009

Jennifer Lane
9388 Naples St. SE
Moses Lake, WA 98837

**ORIGINAL**

Re: FMLA Non-Reinstatement/Position Opening

Dear Ms. Jennifer Lane:

As we stated to you in our letter dated June 24, 2009, per the Grant County Family Medical Leave Act Policy 04-01, it is the policy of Grant County to grant up to 12 weeks of family and medical leave during any 12-month period to eligible employees, in accordance with the Family and Medical Leave Act of 1993 (FMLA). The leave may be paid, unpaid, or a combination of paid and unpaid, depending on the circumstances and as specified in this policy.

You have been granted FMLA per this policy. You have also been designated as a "Key Employee". Per the Federal Code of Regulations, Key Employee Rights, Grant County has determined that substantial and grievous economic injury to Grant County operations will result if you are reinstated to your position as PARC Administrator upon return from FMLA leave. Grant County cannot deny your leave but intends to deny restoration to employment on completion of your FMLA leave.

We have learned that you have communicated to others that the county gave you no reason for this denial of restoration. In our original letter to you and in the meeting held in your office on June 24th, 2009, we provided the basis for this decision. The County is restructuring its organizations and integrating PARC with GMHC. Integration meetings have been taking place and a restructuring organizational plan has been established to hire a Financial Director and eliminate the PARC Administrator position as many of the Administrator tasks are scheduled to be absorbed by other Directors through the integration.

Jalane Christian-Stoker has been assigned Interim Director to oversee the integration and has since posted the Financial Director Position. If you are interested in applying for this position, to be considered, please submit a letter of interest to Human Resources expressing this desire.

As an active employee on FMLA leave, you are still entitled to the maintenance of health benefits per our FMLA policy. This right will continue until Grant County denies your reinstatement at the conclusion of your leave period. Please contact Human Resources with any questions you might have regarding this courtesy notice.

For your convenience, we have attached the Director of Financial Services Position Posting.

Sincerely,

DEPARTMENT OF HUMAN RESOURCES

*Tammie L. Hechler*

Tammie L. Hechler, PHR, MPA

Cc: BOCC, Jalane Christian-Stoker

Tammie L. Hechler
Director

"TO MEET CURRENT AND FUTURE NEEDS, SERVING TOGETHER WITH PUBLIC AND PRIVATE ENTITIES,

WHILE FOSTERING A RESPECTFUL AND SUCCESSFUL WORK ENVIRONMENT."