# EXHIBIT J



# Grant County
## Washington

# Position Opening

| | |
|---|---|
| POSITION | Director of Financial Services |
| LOCATION | Moses Lake, Washington |
| DEPARTMENT | Grant Integrated Services |
| STATUS | Full-Time; Exempt |
| SALARY | $5,464 - $5,785/month DOE, DOQ |
| BENEFITS | Grant County offers a competitive and comprehensive compensation & benefits package, skills training and advancement opportunities. Benefit eligibility and programs may vary by job status. |
| OPENING DATE | July 8, 2009 |
| CLOSING DATE | July 22, 2009; 5:00 pm |
| GENERAL PURPOSE | To provide leadership, direction, and supervision of the financial systems for Grant Integrated Services, which comprises four human services departments, which contribute to the well being of citizens of Grant and Adams Counties. This position is responsible for overseeing financial and operational productivity for all four departments. |

**MINIMUM QUALIFICATIONS REQUIRED**
- Bachelor's Degree in Accounting, Finance, Business Administration, or related field.
- Minimum of 3 years experience in a top level financial position responsible for budgeting, billing, spreadsheets, fund accounting, cost and statistical analysis, and BARS.
- Two years supervisory experience.
- Strong computer skills including expertise in computer accounting systems.
- Good communication skills.

(Five years of experience may be substituted for Education)

**MINIMUM QUALIFICATIONS PREFERRED**
- Previous experience in healthcare billing, budgeting and finances.
- Grant funding and Contracts
- Knowledge of County and Agency policies and procedures.

APPLICATION     Submit letter of interest and application identifying position to:
Grant Mental Healthcare
Attn: Human Resources
PO Box 1057
Moses Lake, WA 98837
Fax: 509-765-1582
susanw@gmhealthcare.org

Grant County's policy to provide equal employment opportunity to all qualified persons and that applicants and employees be treated fairly at all times without regard to race, color, sex, creed, religion, age, marital status, sexual orientation, national origin, political ideology, union activity, industrial injury, whistleblower activities, the presence of any sensory, mental or physical handicap, veteran status, and any other basis that is prohibited by local, state or federal laws.

JOB POSTING, APPLICATION FORM AND OTHER INFORMATION AVAILABLE AT www.co.grant.wa.us.