**HONORABLE ROBERT H. WHALEY**

Jerry J. Moberg & Associates
Jerry J. Moberg
Patrick R. Moberg
451 Diamond Drive
Ephrata, WA 98823
(509) 754-2356

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## AT SPOKANE

| | |
|---|---|
| JENNIFER LANE;<br><br>Plaintiff,<br><br>v.<br><br>GRANT COUNTY, a Washington municipal corporation;<br><br>Defendant. | NO. 11-309 RHW<br><br>DEFENDANTS' TRIAL EXHIBIT LIST |

The Defendant Grant County designates the following Exhibits that may be used at trial.

### EXHIBIT LIST

| EX # | DESCRIPTION OF EXHIBIT | OFFER (Y/N) | ADMIT (Y/N) |
|---|---|---|---|
| 101. | Employee Self Appraisal and performance Review Worksheet; Lane Dep. Ex. No 1 [Bates 003610-003611] | | |
| 102. | Employee Self Appraisal and performance Review Worksheet; Lane Dep. Ex. No 2 [Bates 002057-002058] | | |
| 103. | April 24, 2006 Memo Re: Continuing Concerns Regarding Employee Relations – PARC | | |

\\Legal-main\LawData\WPWIN\Grant County\Lane v Grant County (WRCIP)\Pleadings - Trial\231595.doc

DEFENDANTS' TRIAL EXHIBIT LIST
PAGE 1

Jerry J. Moberg & Associates
Attorneys At Law
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

| EX # | DESCRIPTION OF EXHIBIT | OFFER (Y/N) | ADMIT (Y/N) |
|---|---|---|---|
|  | Lane Dep. Ex. No.3 [ Bates 002616-002617] |  |  |
| 104. | April 12, 2004 Memo RE: Employee Complaint<br>Lane Dep. Ex. No. 4 [Bates 002618] |  |  |
| 105. | July 12, 2004 Memo RE: Employee Relations<br>Lane Dep. Ex. No. 5 [Bates 002619-002620] |  |  |
| 106. | March 21, 2005 Memo RE: Employee Relations – Prevention & Recovery Center PARC<br>Lane Dep. Ex. No. 6 [Bates 002621-002622] |  |  |
| 107. | March 23, 2005 Memo RE: Survey Recommendation<br>Lane Dep. Ex. No.7 [Bates 002623-002625] |  |  |
| 108. | April 25, 2005 Memo RE: PARC Employee Survey<br>Lane Dep. Ex. No. 8 [Bates 002626] |  |  |
| 109. | April 10, 2006 Memo RE: Compensation Plan Administration<br>Lane Dep. Ex. No. 9 [Bates 002628] |  |  |
| 110. | September 5, 2006 Draft to attorneys Ehlis and Menke RE: PARC Investigation<br>Lane Dep. Ex. No. 10 [Bates 002653] |  |  |
| 111. | September 5, 2006 Letter to attorneys Ehlis and Menke from Attorney Stephson RE: PARC Recommendations<br>Lane Dep. Ex. No. 11 [Bates 002660-002663 |  |  |
| 112. | March 2005 Memo RE: Consultation Progress Report<br>Lane Dep. Ex. No. 12 [Bates 002681-002684] |  |  |
| 113. | PARC Combined Income Statement – 12 Month View<br>Lane Dep. Ex. No. 13 [Bates 002159-002169] |  |  |
| 114. | Grant County PARC Expenditures Worksheet<br>Lane Dep. Ex. No. 14 [Bates 001927-001954] |  |  |
| 115. | January 27, 2009 Performance Evaluation of Jennifer Lane<br>Hechler Dep. Ex. No. 1 [No Bates] |  |  |
| 116. | 6/18/09 Request for FMLA<br>[Bates 000054-000060] |  |  |
| 117. | US Department of Labor FMLA Form<br>Hechler Dep. Ex. No. 3 [No Bates] |  |  |
| 118. | June 24, 2009 Letter to Jennifer Lane RE: FMLA Request<br>Hechler Dep. Ex. No. 4 [No Bates] |  |  |
| 119. | July 09, 2009 Letter to Jennifer Lane RE: FMLA Non-Reinstatement/Position Opening<br>[Bates 000225] |  |  |
| 120. | September 1, 2009 Letter to Jennifer Lane RE: Separation Date/Position Opening<br>[Bates 000066] |  |  |
| 121. | September 3, 2009 Personnel Action Request Form |  |  |

\\Legal-main\LawData\WPWIN\Grant County\Lane v Grant County (WRCIP)\Pleadings - Trial\231595.doc

DEFENDANTS' TRIAL EXHIBIT LIST
PAGE 2

**Jerry J. Moberg & Associates**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

| EX # | DESCRIPTION OF EXHIBIT | OFFER (Y/N) | ADMIT (Y/N) |
|---|---|---|---|
| | [Bates 002080-002082] | | |
| 122. | September 8, 2009 Personnel Action Request Form [Bates 000067] | | |
| 123. | E-Mail from Jennifer Lane RE: Exit Step Empty Office Jennifer Lane [Bates 000265-000267] | | |
| 124. | E-Mail from Jennifer Lane RE: Exit Step Empty Office Jennifer Lane [Bates 000268] | | |
| 125. | October 7, 2009 Handwritten Notes from Jennifer Lane's Exit Interview [Bates 003407-003410] | | |
| 126. | Jennifer Lane Resume [Bates 000355-000384] | | |
| 127. | Jennifer Lane Resume [Bates 000381-000384] | | |
| 128. | Grant County PARC, Job Description for the Position of Administrator/Chemical Dependency Coordinator (2000) [Bates 000374-000376] | | |
| 129. | Grant County Job Description for the Position of Administrator/County Chemical Dependency Coordinator (2004) [Bates 000202-000203] | | |
| 130. | May 08, 1990 letter to Grant County Commissioners [Bates 000238] | | |
| 131. | January 12, 1998 letter from Tim Snead to Jennifer Lane [Bates 000171] | | |
| 132. | May 21, 2001 Family Medical Leave Act – Employer Response [000090-000092] | | |
| 133. | November 29, 2005 Grant County Family Medical Leave Act- Employer Response [000071-000075] | | |
| 134. | February 23, 2005 Memo to Jennifer Lane RE: Personnel Complaint [Bates 000232] | | |
| 135. | February 23, 2005 Letter to Tammy Francis RE: Response to Complaint [Bates 000233] | | |
| 136. | February 23, 2005 Memo to Jennifer Lane RE: Personnel Complaint [Bates 000234] | | |
| 137. | February 23, 2005 Letter to Armentia Tenner RE: Response to Complaint [Bates 000235-000236] | | |

\\Legal-main\LawData\WPWIN\Grant County\Lane v Grant County (WRCIP)\Pleadings - Trial\231595.doc

DEFENDANTS' TRIAL EXHIBIT LIST
PAGE 3

**Jerry J. Moberg & Associates**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

| EX # | DESCRIPTION OF EXHIBIT | OFFER (Y/N) | ADMIT (Y/N) |
|---|---|---|---|
| 138. | February 5, 2008 Letter to Tammy Francis RE: Email Dated 1/23/08 [Bates 003523] | | |
| 139. | February 22, 2008 E-Mail to Jennifer Lane RE: Training [Bates 003522] | | |
| 140. | November 18, 2008 Letter from Kirk Ehlis RE; Grant County PARC [Bates 003517-003521 | | |
| 141. | Personnel Action Request Recommendation [002086] | | |
| 142. | January 26, 2009 Grant County Board of Commissioners Minutes [Carter Dep. Ex. No. 1; No Bates] | | |
| 143. | March 2, 2009 BOCC Monthly Meeting Agenda [Bates 002062] | | |
| 144. | April 13, 2009 BOCC Agenda [Bates 002096] | | |
| 145. | May 05, 2009 E-Mail from Jalane Christian-Stoker [Stoker Dep. Ex. No.1] | | |
| 146. | May 07, 2009 Integration of PARC Minutes [Hechler Dep. Ex. No. 6; No Bates] | | |
| 147. | May 28, 2009 E-Mail from Jalane Christian Stoker RE: ACHS E-Mail List [Bates 002120] | | |
| 148. | June 09, 09 BOCC Agenda [Bates 002037] | | |
| 149. | June 09, 2009 Memo to Jennifer Lane RE: Grant Mental Healthcare and PARC Integration [Carter Dep. Ex. No. 3; No Bates] | | |
| 150. | June 15, 2009 Memo to Jalane Christian –Stoker and Jennifer Lane RE: Grant Mental Healthcare and PARC Integration [Carter Dep. Ex. No.4; No Bates] | | |
| 151. | June 15, 2009 E-Mail to Jennifer Lane from June Strickler RE: Memo re: CarolAnn [Bates 002123-002124 | | |
| 152. | June 17, 2009 E-Mail to Jennifer Lane and Carolann Swartz RE: PARC Integration Action Grid | | |
| 153. | PARC Integration Action Grid [Bates 002063-002066] | | |
| 154. | June 19, 2009 Integration of PARC Minutes [Stoker Dep. Ex. No. 4; No Bates] | | |
| 155. | June 19, 2009 Letter to Tammie Hechler RE: Splitting the duties of Finance and Information Services [Bates 000856-000587] | | |

\\Legal-main\LawData\WPWIN\Grant County\Lane v Grant County (WRCIP)\Pleadings - Trial\231595.doc

DEFENDANTS' TRIAL EXHIBIT LIST
PAGE 4

Jerry J. Moberg & Associates
Attorneys At Law
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

| EX # | DESCRIPTION OF EXHIBIT | OFFER (Y/N) | ADMIT (Y/N) |
|---|---|---|---|
| 156. | June 23, 2009 E-Mail to Jennifer Lane RE: Grant County Jennifer Lane [Bates 003402-003403] | | |
| 157. | Medical Records from Pioneer Medical Center [Bates 000579-000625; 000669-000727] | | |
| 158. | June 29, 2009 E-Mail from Jalane Christian-Stoker RE: PARC Integration [Bates 002133] | | |
| 159. | July 1, 2009 E-Mail from Jalane Christian-Stoker RE: Meeting with Noemi [Bates 002142] | | |
| 160. | July 02, 2009 Memo to Department Heads, Elected Officials and Administrative Officials RE: Merger of PARC and Grant County Healthcare [Bates 00387] | | |
| 161. | July 02, 2009 Integration of PARC Agenda [Bates 002148] | | |
| 162. | July 02, 2009 Handwritten Notes RE: PARC Integration [Bates 002146-002147] | | |
| 163. | July 6, 2009 E-Mail to Noemi Alfaro RE: GC PARC Moving [Bates 002149] | | |
| 164. | July 07, 2009 E-Mail to Jalane Christian-Stoker RE: Grant County PARC #13 002200 (Admin Chg & Relocation) [Bates 002151-002152] | | |
| 165. | July 8, 2009 Position Opening – Director of Financial Services - Grant Integrated Services [Bates 003390] | | |
| 166. | July 22, 2009 Chemical Dependency Section Meeting Minutes [Bates 000046-000053] | | |
| 167. | July 24, 2009 County Program Agreement/ DSHS [Bates 000041] | | |
| 168. | July 24, 2009 Handwritten Notes [Bates 002186-002189] | | |
| 169. | July 28, 2009 Handwritten Notes [002190-002197] | | |
| 170. | July 30, 2009 Handwritten Notes [Bates 002198-002200] | | |
| 171. | August 4, 2009 Meeting Agenda [Bates 002207] | | |
| 172. | August 19, 2009 E-Mail from Jalane Christian-Stoker RE: Question [Bates 002055] | | |
| 173. | August 8, 2009 Grant County PARC Advisory Board/Community | | |

\\Legal-main\LawData\WPWIN\Grant County\Lane v Grant County (WRCIP)\Pleadings - Trial\231595.doc

DEFENDANTS' TRIAL EXHIBIT LIST
PAGE 5

**Jerry J. Moberg & Associates**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA 98823
(509) 754-2356 / Fax (509) 754-4202

| EX # | DESCRIPTION OF EXHIBIT | OFFER (Y/N) | ADMIT (Y/N) |
|---|---|---|---|
|  | Mobilization Board Minutes [Bates 002208-002211] |  |  |
| 174. | August 28, 2009 Letter to Tammie Hechler from Jalane Christian-Stoker [Bates 002077-002079] |  |  |
| 175. | Recommended Organizational Structure [Bates 002122] |  |  |
| 176. | Plan for and Implement Integration of PARC [Stoker Dep. Ex. No.3; No Bates] |  |  |
| 177. | December 2009 Expense-Expenditure Summary [Bates 000978-000986] |  |  |
| 178. | Summarized Transaction Activity Report [Bates 003394-003400] |  |  |
| 179. | Top 10% Wage Earners [Bates 003415-003427] |  |  |
| 180. | 2009 Wages (Jan. 1, 2009 through June 30, 2009) [Bates 003392-003401 |  |  |
| 181. | Inland Neurosurgery and Spine Records for Jennifer Lane [Bates 000782-000783] |  |  |
| 182. | Letter from Jennifer Lane to her Primary Care Doctors re: Pain and activities [Bates 000784] |  |  |
| 183. | Inland Neurosurgery and Spine Records for Jennifer Lane [Bates 000792-000795] |  |  |
| 184. | Outpatient Rehab Medicine Consultation [Bates 000796-000803] |  |  |
| 185. | Outpatient Neurosurgical Consultation for Jennifer Lane [Bates 000804-000807] |  |  |

RESPECTFULLY SUBMITTED December 20, 2012.

JERRY J. MOBERG & ASSOCIATES

/s/ Jerry J. Moberg
Jerry J. Moberg, WSBA # 5282
Patrick R. Moberg, WSBA #41323
Attorney for Defendant Grant County

\\Legal-main\LawData\WPWIN\Grant County\Lane v Grant County (WRCIP)\Pleadings - Trial\231595.doc

DEFENDANTS' TRIAL EXHIBIT LIST
PAGE 6

**Jerry J. Moberg & Associates**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

>Steven C. Lacy
>steve@lacykane.com
>stuart@lacykane.com

DATED December 20, 2012 in Ephrata, Washington.

>/s/ Jerry J. Moberg
>Jerry J. Moberg, WSBA #5282
>jmoberg@canfieldsolutions.com
>Attorney for Defendant

\\Legal-main\LawData\WPWIN\Grant County\Lane v Grant County (WRCIP)\Pleadings - Trial\231595.doc

DEFENDANTS' TRIAL EXHIBIT LIST
PAGE 7

**Jerry J. Moberg & Associates
Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202