AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JENNIFER LANE,

          Plaintiff,

          v.

GRANT COUNTY,

          Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-309-RHW

[x] **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

[ ] **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

The Plaintiff, Jennifer Lane, recover from the Defendant, Grant County, the amount of $150,000.00 with interest at the rate of 0.12% per annum, along with costs.

April 29, 2013
*Date*

SEAN MCAVOY
*Clerk*
  s/Michelle M. Fox
*(By) Deputy Clerk*
  Michelle M. Fox