# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JENNIFER LANE,

*Plaintiff*

v.

GRANT COUNTY, a Washington municipal corporation

*Defendant*

Civil Action No.  CV-11-309-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment is entered in favor of Plaintiff Jennifer Lane against Defendant Grant County as follows:  Past economic loss: $125,435.00, Interest on past economic loss: $16,284.63, Liquidated Damages: $141,719.63, Front Pay: $60,000.00, Reasonable Expert Witness Fee $4,860.00, Other Non-Taxable Costs: $757.40, Reasonable attorneys fees: $92,906.50, for a total judgment of $441,963.16, together with post-judgment interest as provided by law from and after the date hereof.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  September 20, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb